**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07CR651-001 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| - vs - | ) | |
| | ) | **O R D E R ACCEPTING PLEA** |
| EDWARD WASHINGTON, JR. | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U.S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli, regarding the change of plea hearing , which was referred to the Magistrate Judge with the consent of the parties.

On April 24, 2008, the government filed a four -count Indictment, charging Defendant, Edward Washington, Jr., with Counterfeiting in violation of Title 18 United States Code , Section 471; Selling Counterfeit Federal Reserve Notes in violation of Title 18 United States Code , Section 473; and Felon in Possession in violation of Title 18 United States Code, Section 922(g)(1). On January 9, 2008, Defendant Washington was arraigned and entered a plea of not guilty before Magistrate Judge Nancy A. Vecchiarelli. On April 24, 2008, Magistrate Judge Nancy A. Vecchiarelli received Defendant Washington's plea of guilty to Counts 1 and 4 of the Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is hereby adopted. Defendant Washington is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Washington is adjudged guilty of Counts 1 and 4 of the Indictment, in violation of Title 18 United States Code, Section 471; Title 18 United States Code, Section 922(g)(1). This matter is referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing is hereby set on July 23, 2008, at 10:00 a.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior, Cleveland, Ohio.

IT IS SO ORDERED.

                                                                                    */s/ SOLOMON OLIVER, JR.*
                                                                                     UNITED STATES DISTRICT JUDGE

May 22, 2008